## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **STEWART SMITH,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| **v.** | : | **No. 19-cv-1170** |
| **EGV COMPANIES, INC.,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 22nd day of April, 2019, it is hereby **ORDERED** that a Rule 16 Conference is scheduled for 2:00 p.m. on Thursday, May 23, 2019.  The Conference will be held via telephone.  Counsel for Plaintiff shall initiate the conference call and contact Chambers at 267-299-7500 when all counsel are connected.

It is further **ORDERED** that counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.


**BY THE COURT:**


*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**