## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 2:19-cv-01170- MSG

STEWART SMITH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EGV COMPANIES, INC., a Missouri Limited Liability Company,

    Defendants.

_____/

### STIPULATION AND AGREED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

The parties, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), file this joint stipulation and agreed motion to enlarge the time for Defendant, EGV Companies, Inc. ("Defendant"), to respond to Plaintiff, Stewart Smith's ("Plaintiff"), Complaint from April 22, 2019, until and including May 20, 2019, and state as follows:

1.  On March 19, 2019, Plaintiff filed his Complaint seeking to allege claims pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, (the "Complaint") in the United States District Court for the Eastern District of Pennsylvania.

2.  On or around April 1, 2019, Defendant was served with the Complaint, such that a response is due on or before April 22, 2019.

3.  Defendant retained the undersigned to investigate and attempt to settle the allegations and claims asserted in the Complaint.

4.  The parties are currently engaging in discussions regarding the underlying facts and the potential for resolving the litigation at an early stage of the proceedings.

5. This enlargement of time is not sought in bad faith or for the purposes of delay and will not prejudice any party.

6. WHEREFORE, the parties respectfully request the Court to enter an Order enlarging the time through and including May 20, 2019 for Defendant to respond to Plaintiff's Complaint.

## **CERTIFICATE OF CONFERRAL**

Prior to filing this Stipulation and Agreed Motion for Enlargement of Time, the undersigned counsel for Defendant and the undersigned counsel for Plaintiff conferred in an effort to resolve the matters addressed herein. Counsel for the respective parties have agreed to the stipulated enlargement of time for Defendant to respond to Plaintiff's Complaint until and including May 20, 2019.

Dated: May **7**, 2019

| | |
|---|---|
| /s/ *Barry Cohen* | /s/ *Thomas J. Campenni* |
| **BARRY COHEN** | **THOMAS J. CAMPENNI** |
| Email: bcohen@rccblaw.com | Email: tcampenni@rjglaw.com |
| Two Logan Square | Rosenn, Jenkins & Greenwald, LLP |
| 00 N. 18th Street, Suite 710 | 15 South Franklin Street |
| Philadelphia, PA 19103 | Wilkes-Barre, PA 18711-0075 |
| *Attorney for Plaintiff Stewart Smith* | *Attorney for Defendant, EGV Companies, Inc.* |

**SO ORDERED THIS** _____ **day of May, 2019**

**BY THE COURT:**

---

**The Honorable Mitchell S. Goldberg, U.S.D.J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 2:19-cv-01170- MSG

STEWART SMITH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EGV COMPANIES, INC., a Missouri Limited Liability Company,

    Defendants.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **7th** day of May, 2019, I electronically filed the foregoing Stipulation and Agreed Motion for Enlargement of Time for Defendants EGV Companies, Inc. to Respond to Plaintiff's Complaint with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    By: */s/ Thomas J. Campenni*
                                                       THOMAS J. CAMPENNI
                                                       Email: tcampenni@rjglaw.com
                                                       **ROSENN, JENKINS & GREENWALD, LLP**
                                                       15 South Franklin Street
                                                       Wilkes-Barre, PA 18711-0075
                                                       Tel: (570) 826-5652
                                                       Fax: (570) 706-3437

967845.1