IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART SMITH,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **No. 19-cv-1170** |
| **EGV COMPANIES, INC.,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 7th day of May, 2019, upon consideration of Defendant's Motion to Withdraw the Answer (ECF No. 10), and the Joint Stipulation for an Enlargement of Time (ECF No. 11), is hereby **ORDERED** that:

- Defendants's Motion to Withdraw the Answer (ECF No. 10) and the Joint Stipulation (ECF No. 11) are **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a), such that Defendant may file an amended answer **on or before May 20, 2019**; and

- My April 23, 2019 Order scheduling a Rule 16 telephone conference for May 23, 2019 (ECF No. 7) is unaffected by this Order, and will be held as scheduled.

                                                **BY THE COURT:**

                                                */s/ Mitchell S. Goldberg*

                                                **MITCHELL S. GOLDBERG, J.**