UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 2:19-cv-01170- MSG

STEWART SMITH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EGV COMPANIES, INC.,
a Missouri Limited Liability Company,

    Defendants.

_____/

### **DEFENDANT EGV COMPANIES, INC'S FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, EGV COMPANIES, INC. ("EGV"), makes the following disclosures:

1. <u>Parent Corporation.</u>

    The parents of EGV, if any, are not corporations.

2. <u>Publicly Held Corporation.</u>

    EGV is not a publicly held company and no publicly held corporations own 10% or more of its stock or interests.

Dated: May 16, 2019

    Respectfully submitted,

    */s/ Thomas J. Campenni*
    **THOMAS J. CAMPENNI**
    Email: tcampenni@rjglaw.com
    Rosenn, Jenkins & Greenwald, LLP
    15 South Franklin Street
    Wilkes-Barre, PA 18711-0075

    *Attorneys for EGV Companies, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 2:19-cv-01170- MSG

STEWART SMITH, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

EGV COMPANIES, INC., a Missouri Limited
Liability Company,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **16th** day of May, 2019, I electronically filed the foregoing Disclosure Statement with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

By: */s/ Thomas J. Campenni*
    THOMAS J. CAMPENNI
    Email: tcampenni@rjglaw.com
    **ROSENN, JENKINS & GREENWALD, LLP**
    15 South Franklin Street
    Wilkes-Barre, PA 18711-0075
    Tel: (570) 826-5652
    Fax: (570) 706-3437

    *Attorneys for EGV Companies, LLC*