# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART SMITH, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 19-cv-1170 |
| EGV COMPANIES, INC., | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 23rd day of May, 2019, following a conference conducted pursuant to Federal Rule of Civil Procedure 16, is hereby **ORDERED** that:

1. Plaintiff shall provide his proposed Amended Complaint to Defendant **on or before June 7, 2019**;

2. The parties shall meet and confer to discuss the basis of Plaintiff's claims in light of the proposed Amended Complaint, and file a joint letter updating the Court of such efforts **on or before June 17, 2019**; and

3. A scheduling order will be issued once all pleadings have been filed.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**

1