IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **STEWART SMITH,** | : | CIVIL ACTION |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-cv-1170 |
| | : | |
| **EGV COMPANIES, INC.,** | : | |
| | : | |
| *Defendant.* | : | |
| | : | |

## ORDER

**AND NOW**, this 18th day of June, 2019, upon consideration of the joint status update (ECF No. 22), is hereby **ORDERED** that:

1. Plaintiff shall file his Amended Complaint **on or before June 24, 2019**;

2. Defendant shall file its Motion to Dismiss **on or before July 15, 2019** as I find that a pre-motion conference is unlikely to be helpful in resolving the Motion; and

3. Plaintiff shall file a response to Defendant's Motion to Dismiss **on or before July 29, 2019**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**